FILED

08/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0323

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0323

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

JASON PEARSON,

     Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 30, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 31 2022